**1398**

Samuel **MANEVICH**, Appellant,

v.

Francis I. **DuPONT** et al., Appellees.

No. 68, Docket 72–1458.

United States Court of Appeals, Second Circuit.

Argued Oct. 16, 1972.

Decided Oct. 17, 1972.

Kenneth A. Lapatine, New York City (Carro, Spanbock & Londin, New York City, on the brief), for appellant.

John B. Creegan, New York City (Lunney, Downey & Crocco, J. Robert Lunney, New York City, on the brief), for appellees.

Before WATERMAN, SMITH and KAUFMAN, Circuit Judges.

PER CURIAM:

On the evidence presented below, we affirm the judgment essentially upon the findings and conclusions set forth in Judge Pollack's opinion, reported at 338 F.Supp. 1124 (S.D.N.Y.1972).

Donald **KIRK**, Jr., Appellant,

v.

The **JERROLD CORPORATION**.

No. 71–1857.

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit Rule 12(6) Sept. 29, 1972.

Decided Oct. 12, 1972.

Charles H. Dorsett, Jr., Philadelphia, Pa., and William H. Eastburn, III, Eastburn & Gray, Doylestown, Pa. (Charles H. Dorsett, Philadelphia, Pa., on the brief), for appellant.

Gregory M. Harvey, Morgan, Lewis & Bockius, Philadelphia, Pa., for appellee.

Before STALEY, VAN DUSEN and MAX ROSENN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

This is an appeal from a judgment of the United States District Court for the Eastern District of Pennsylvania entered in favor of defendant Jerrold Corporation. The district court's opinion is reported at 332 F.Supp. 247 (E.D.Pa. 1971).

The sole question on appeal involves the interpretation of several clauses in appellant Kirk's employment contract with the Jerrold Corporation relating to his compensation. We find no error in the pertinent facts and applicable law as stated in the opinion of the trial judge.

The judgment of the district court will be affirmed.